**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD JAMES HARRIS, | Case No. EDCV 14-1736-CJC (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| SCOTT FRAUENHEIM, Warden, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 5, 2015

CORMAC J. CARNEY
U.S. DISTRICT JUDGE